IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**MIGUEL WILLIAMS** | CR. NO.: **8:18-406**<br><br>18 U.S.C. § 1952(a)(3)<br>18 U.S.C. § 2<br>18 U.S.C. § 1349<br>18 U.S.C. § 1346<br>18 U.S.C. § 1343<br><br><u>INDICTMENT</u> |

THE GRAND JURY CHARGES:

1. While employed as a correctional officer at the South Carolina Department of Corrections, the Defendant **MIGUEL WILLIAMS** accepted bribes to smuggle contraband into a SCDC institution for inmates.

### COUNT 1
### (Use of Interstate Facility to Facilitate Bribery)

2. In or around December 2015, in the District of South Carolina, the Defendant **MIGUEL WILLIAMS** used a facility in interstate commerce, with intent to promote, establish, carry on, and facilitate unlawful activity; to wit,

    a. bribery in violation of SC Code §8-13-705; that is, Defendant **MIGUEL WILLIAMS**, directly and

1

      indirectly, knowingly accepted, received, and agreed to receive something of value as a public official in South Carolina for himself and another in return for being influenced in the discharge of his official responsibilities; and

b. bribery in violation of SC Code §16-9-220; that is, Defendant **MIGUEL WILLIAMS** corruptly accepted something of value and a promise to supply something of value as an officer in South Carolina for his benefit in exchange for the improper use of the power of his position;

and thereafter performed and attempted to perform an act to promote, establish, carry on, and facilitate the unlawful activity. All in violation of Title 18, United States Code, Sections 1952(a)(3) and 2.

## COUNT 2
### (Honest Services Wire Fraud Conspiracy)

2. In or around December 2015, in the District of South Carolina, the Defendant **MIGUEL WILLIAMS** knowingly did conspire and agree with others known and unknown to devise and intend to devise a scheme and artifice to defraud and deprive South Carolina, and its citizens, of the right to honest and faithful services of **MIGUEL WILLIAMS** through bribery and to knowingly and intentionally transmit and cause to be transmitted by means of wire communication in interstate commerce signals, signs, and sounds for the purpose of executing such scheme and artifice. All in violation of Title 18, United States Code, Sections 1349, 1346, and 1343.

A \_\_\_\_True_____ Bill

REDACTED
FOREPERSON

BETH DRAKE (jnr)
UNITED STATES ATTORNEY